Rosalie CONDOSTA v. Guido CONDOSTA, No. 100-79

November 7, 1979. Appellee's motion to dismiss denied. Appellant's motion to strike, motion to dismiss, motion for extraordinary relief, and motion to disqualify denied. Cause to be scheduled for hearing during the February Term, 1980.